# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 88 MAL 2016

             Respondent    :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court

             v.    :

DINESH BABU MANNEPULI,    :

             Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.